IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RUBEN GUTIERREZ, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:19-CV-185 |
| | § | |
| LUIS SAENZ, et. al., | § | |
| *Defendants.* | § | |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants appeal to the United States Court of Appeals for the Fifth Circuit from this Court's June 9, 2020, order granting the Plaintiff a stay of execution.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

MARK PENLEY
Deputy Attorney General
For Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

 s/ Jay Clendenin
JAY CLENDENIN
Assistant Attorney General
State Bar No. 24059589
Southern District Admission No. 920324

Post Office Box 12548, Capitol Station
Austin, Texas 78711
Tel.: (512) 936-1400
Fax: (512) 320-8132
Email: *jay.clendenin@oag.texas.gov*

s/ Edward Sandoval
EDWARD SANDOVAL
First Assistant District Attorney, Cameron County, Texas
State Bar No. 24063779
Southern District Admission No. 1057169

964 East Harrison St.
Brownsville, Texas 78520
email: *appellate@co.cameron.tx.us*

s/ Rene De Coss
RENE DE COSS
City Attorney, Brownsville, Texas
State Bar No. 00795315
Southern District Admission No. 20563

914 E. Van Buren
Brownsville, Texas 78520
email: *renedecoss@cob.us*

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I do herby certify that on June 9, 2020, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

| | |
|---|---|
| Peter Walker | Richard Rogers, III |
| Federal Community Defender | 3636 S. Alameda St., Suite D191 |
| for the Eastern District of Pennsylvania | Corpus Christi, Texas 78411 |
| 601 Walnut St., Suite 545 West | rwrogersiii@aol.com |
| Philadelphia, PA 19106 | |
| peterwalker@fd.org | |

                                            s/ Jay Clendenin
                                            JAY CLENDENIN
                                            Assistant Attorney General