United States Courts
Southern District of Texas
FILED
*August 07, 2020*
David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:19-CV-185 |
|---|---|---|---|

| Ruben Gutierrez |
|---|
| *versus* |
| Luis V. Saenz, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jessica Tsang<br>Federal Community Defender Office for the<br>Eastern District of Pennsylvania<br>Philadelphia, 19106<br>(215) 928-0520<br>jessica_tsang@fd.org<br>Pennsylvania, 326885<br>New York, 5544085 |
|---|---|

| Name of party applicant seeks to appear for: | Ruben Gutierrez |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __     __   No __ ✓ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/7/2020 | Signed: | /s/ Jessica Tsang |
|---|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 8/7/2020 | Clerk's signature | s| M. Mapps |
|---|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
United States District Judge