IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RUBEN GUTIERREZ,<br>　　*Plaintiff,*<br><br>v.<br><br>LUIS V. SAENZ, *et al.*,<br>　　*Defendants.* | CIVIL ACTION NO. 1:19-cv-185<br>*DEATH PENALTY CASE* |

### DEFENDANTS BRYAN COLLIER, BOBBY LUMPKIN, AND DENNIS CROWLEYS' NOTICE OF THIRD SUPPLEMENTAL DISCLOSURES TO PLAINTIFF

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendants Bryan Collier, Bobby Lumpkin, and Dennis Crowley (collectively, Defendants), by and through their attorney of record, the Office of the Attorney General for the State of Texas, file this Notice of Defendants' Third Supplemental Disclosures to Plaintiff. Pursuant to Federal Rules of Civil Procedure 26 and the Court's scheduling order of March 8, 2021 (ECF No. 137), Defendants provided Plaintiff with updated disclosures on Friday, March 26, 2021.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**KEN PAXTON**
　　　　　　　　　　　　　　　　　　Attorney General of Texas

　　　　　　　　　　　　　　　　　　**BRENT WEBSTER**
　　　　　　　　　　　　　　　　　　First Assistant Attorney General

　　　　　　　　　　　　　　　　　　**SHAWN E. COWLES**
　　　　　　　　　　　　　　　　　　Deputy Attorney General for Civil Litigation

　　　　　　　　　　　　　　　　　　**SHANNA E. MOLINARE**
　　　　　　　　　　　　　　　　　　Division Chief
　　　　　　　　　　　　　　　　　　Law Enforcement Defense Division

*/s/ Leah O'Leary*
**LEAH O'LEARY**
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24079074
Southern District No. 1563191
Leah.Oleary@oag.texas.gov

Law Enforcement Defense Division
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9814

**AMY L. PRASAD**
Assistant Attorney General
Co-Counsel
Texas Bar No. 24037295
Southern District No. 563045
Amy.Prasad@oag.texas.gov

**JAY CLENDENIN**
Assistant Attorney General
Co-Counsel
Texas Bar No. 24059589
Southern District No. 920324
Jay.Clendenin@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS
COLLIER, LUMPKIN, AND CROWLEY**

## NOTICE OF ELECTRONIC FILING

I, **LEAH O'LEARY**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing a true and correct copy of the foregoing in accordance with the Electronic Case Files system of the Southern District of Texas, on March 29, 2021.

*/s/ Leah O'Leary*
**LEAH O'LEARY**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **LEAH O'LEARY**, Assistant Attorney General of Texas, certify that a true and correct copy of the foregoing has been served by electronic notice through the filing system for the Southern District on March 29, 2021, to all counsel of record.

*/s/ Leah O'Leary*
**LEAH O'LEARY**
Assistant Attorney General