IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RUBEN GUTIERREZ, | : | |
|    Plaintiff, | : | Civil Case No. 1:19-CV-185 |
| | : | |
| v. | : | |
| | : | THIS IS A CAPITAL CASE |
| LUIS V. SAENZ, Cameron County | : | ***EXECUTION SET FOR*** |
| District Attorney, et al., | : | ***October 27, 2021*** |
|    Defendants. | : | |

## ADVISORY

Mr. Gutierrez files this advisory notifying the Court of the current status of state court litigation in his case.

On June 7, 2021, the State of Texas filed a motion in the 107th Judicial District Court of Cameron County requesting that the court enter an execution date, and issue and serve a warrant. On that same date, Mr. Gutierrez filed an objection

to the State's motion. On June 9, 2021, the District Court scheduled the execution for October 27, 2021.

        Respectfully submitted,

        <u>/s/ Peter Walker</u>
        Peter Walker
        Assistant Federal Defender
        Federal Community Defender for the
         Eastern District of Pennsylvania
        Suite 545 West, The Curtis
        601 Walnut Street
        Philadelphia, PA 19106
        (215) 928-0520
        peter_walker@fd.org

        <u>/s/ Ricard W. Rogers, III</u>
        Richard W. Rogers, III
        3636 S. Alameda St., Ste. B, #191
        Corpus Christi, TX  78411
        (361) 779-5281
        rwrogersiii@aol.com

        Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I served the foregoing pleading and the attachments thereto on the following persons by ECF filing:

Jefferson David Clendenin
Assistant Attorney General
Office of the Attorney General of Texas
Post Office Box 12548
Austin, Texas  78711-2548

Edward Sandoval
Assistant District Attorney
Cameron County
964 East Harrison Street
Brownsville, Texas  78520

Rene De Coss
City Attorney
914 E. Van Buren
Brownsville, Texas  78520

/s/ Peter Walker
Peter Walker

Dated:     June 11, 2021