United States District Court
Southern District of Texas
**ENTERED**
August 19, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RUBEN GUTIERREZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL NO. 1:19-CV-185 |
| | § | |
| LUIS V SAENZ, *et al*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

The Court **DISMISSES** and **DENIES** all of Ruben Gutierrez's ("Gutierrez") DNA claims in this matter with the exception of the Court's March 23, 2021 declaratory judgment concluding that giving a defendant the right to a successive habeas petition for innocence of the death penalty under Texas Code of Criminal Procedure Article 11.071 § 5(a)(3) but then denying him DNA testing under Texas Code of Criminal Procedure Article 64.03(a)(C)(2)(A) unless he can demonstrate innocence of the crime is fundamentally unfair and offends procedural due process. Gutierrez's claims regarding the execution procedures as outlined in his Amended Complaint are now moot. The Court therefore **DISMISSES** Gutierrez's execution procedures claims **WITH PREJUDICE.**

SIGNED this 19th day of August 2021.

_____
Hilda Tagle
Senior United States District Judge